1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    VINCENT BENJAMIN TORRES,                      No.  2:16-cv-0812 KJN P

12                      Petitioner,

13           v.                                     ORDER

14    DUCART,

15                      Respondent.

16

17           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. §  2254.  Petitioner has not, however, filed an in forma pauperis

19    affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Therefore,

20    petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

21    a request to proceed in forma pauperis or submit the appropriate filing fee.

22           In accordance with the above, IT IS HEREBY ORDERED that:

23           1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24    support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

25    failure to comply with this order will result in a recommendation that this action be dismissed;

26    and

27    /////

28    /////

                                                   1

2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated:  April 21, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

torr0812.101a

2